UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tanz Billie Creswell,<br><br>              Plaintiff,<br><br>v.<br><br>Lowe's Home Centers, LLC and DOES 1 to 20,<br><br>              Defendants. | Case No.: 5:25-cv-00419-PA-SP<br>*[San Bernardino County Superior Court Case No.: CIVVS2401077]*<br><br>[Assigned to Hon. Percy Anderson, District Judge; Hon. Sheri Pym, Magistrate Judge]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**<br><br>Complaint Filed:  September 20, 2024 |

    The Court, having read and considered the Parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand, hereby ORDERS as follows:

### I. BACKGROUND

    On or about September 20, 2024, Plaintiff TANZ BILLIE CRESWELL (hereinafter "Plaintiff") commenced the above-entitled civil action in the Superior Court for the County of San Bernardino by filing a Complaint therein entitled Tanz Billie Creswell v. Lowe's Home Centers, LLC and DOES 1 to 20, Case No. CIVVS2401077.

///

**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**

Plaintiff's Complaint for personal injury arises from an alleged incident on September 30, 2022, at Defendant LOWE'S HOME CENTERS, LLC's ("Lowe's") store in San Bernardino County, California.

On July 3, 2024, prior to filing the Complaint and prior to service of the same on Defendant Lowe's, Plaintiff's counsel sent a letter to Defendant Lowe's which included a written settlement demand of $283,000 which included $8,006.00 in itemized past medical specials, claimed future medical expenses of $125,000.00, for a total of $133,006.00 in claimed medical expenses. Plaintiff further demanded past and future pain and suffering of $150,000. Based on this, Lowe's determined that the amount in controversy exceeded the $75,000.00 statutory minimum. Accordingly, Lowe's removed the matter to federal court pursuant to 28 U.S.C. §§1332, 1441, and 1367, on February 14, 2025.

The Parties have now agreed and stipulated to limit any and all recovery of damages by plaintiff TANZ BILLIE CRESWELL to $75,000.00, exclusive of costs of suit or interest, as evidenced by the Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and To Remand, executed by plaintiff TANZ BILLIE CRESWELL, individually and by and through her attorneys of record, and defendant LOWE'S HOME CENTERS, LLC by and through its attorneys of record. Accordingly, the parties request an order from this Court remanding the case to the San Bernardino County Superior Court, Case No. CIVVS2401077.

## II. ANALYSIS

United States Code, Title 28, Section 1447(c), provides that "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case *shall be remanded*." (Emphasis added). In light of the Parties' stipulation limiting any and all recovery by Plaintiff to $75,000.00 or less, this Court lacks subject matter jurisdiction and must, therefore, remand the case to state court pursuant to 28 U.S.C. § 1447(c). *See Bruns v. NCUA* 122 F.3d 1251, 1257 (9th Cir. 1997) ("Section 1447(c) is mandatory, not discretionary.")

### III. ORDER OF THE COURT

1. Plaintiff's total recovery, if any, from Defendant LOWE'S HOME CENTERS, LLC, for any injuries, damages, harms, or losses resulting from the alleged incident that occurred on Defendant's premises on or about September 30, 2022, and which are the subject of the within action (including formerly San Bernardino County Superior Court Case No.: CIVVS2401077) (the "Litigation), including but not limited to economic and non-economic damages, exclusive of any award of costs of suit or interest, is hereby capped at $75,000.00.

2. If any judgment or award, entered in her favor and against Defendant LOWE'S HOME CENTERS, LLC, in the Litigation should exceed $75,000.00, exclusive of any award of costs of suit or interest, Plaintiff has knowingly and voluntarily waived the right to claim that portion of her final judgment or award which exceeds $75,000.00.

3. Should any judgment or award, exclusive of any award of costs of suit or interest be entered in her favor and against Defendant LOWE'S HOME CENTERS, LLC in the Litigation, in excess of $75,000.00, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $75,000.00, and is barred from executing on any amount of the award or judgment in excess of $75,000.00.

4. Pursuant to the Parties' Stipulation, because this matter no longer exceeds $75,000.00, this Court no longer has subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of San Bernardino, Case No.: CIVVS2401077. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of San Bernardino, Case No.: CIVVS2401077.

///
///
///
///

**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**

5. All pending dates in the Federal action are hereby vacated.

**IT IS SO ORDERED.**

Dated: March 12, 2025

                                      Percy Anderson
                                  United States District Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 4 -
**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**